IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DUANE BOGGESS,

　　　　　　　Petitioner,                    No. CIV S-06-1275 DFL PAN P

　　　vs.

MIKE EVANS, Warden, et al.,

　　　　　　　Respondents.                   <u>ORDER</u>

_____/

　　　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　　　1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: June 15, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
bogg1275.101a