IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DUANE BOGGESS,

    Petitioner,                  No. CIV S-06-1275 DFL PAN P

    vs.

MIKE EVANS, Warden, et al.,

    Respondents.              <u>ORDER</u>

    _____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        By court order filed June 16, 2006, petitioner was directed to submit within thirty days an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. On August 15, 2006, this court issued findings and recommendations recommending dismissal of this action for plaintiff's failure to comply with the court's order filed June 16, 2006. On August 24, 2006, plaintiff submitted the filing fee. Good cause appearing, the court's findings and recommendations filed August 15, 2006, will be vacated.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The August 15, 2006 findings and recommendations are hereby vacated;

2. Respondents are directed to file an answer within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Stanley Cross, Acting Senior Assistant Attorney General.

DATED:  September 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/mp
bogg1275.100feejfm