IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DUANE BOGGESS,** | CIV S-06-1275 DFL EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

On October 18, 2006, respondent filed a request for an enlargement of time in which to file and serve an answer to petitioner's petition for writ of habeas corpus. Good cause appearing, respondent's request will be granted.

Accordingly, IT IS HEREBY ORDERED that respondent's answer to petitioner's petition for writ of habeas corpus be filed on or before November 20, 2006.

Dated: November 1, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE