BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
CHARLES A. FRENCH
Supervising Deputy Attorney General
BROOK BENNIGSON, State Bar No. 184203
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5687
 Fax: (916) 324-2960
 Email: Brook.Bennigson@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DUANE BOGGESS,** | CIV S-06-1275 DFL EFB  P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus be filed on or before December 20, 2006.

DATED: November 28, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE