IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DUANE BOGGESS,** | CIV S-06-1275 DFL EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

Petitioner is a state prisoner proceeding without counsel with an application for habeas relief pursuant to 28 U.S.C. § 2254. On September 6, 2006, respondents were initially ordered to file an answer to the petition within forty-five days. Since that date, respondents have requested three extensions of time on October 18, 2006, November 20, 2006, and most recently, on December 19, 2006. Good cause appearing, respondents' third request will be granted, but the court will grant no further extensions of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' December 19, 2006, request for an extension of time is granted.

2. Respondents have 30 days from the date this order is served to file a response to petitioner's application for writ of habeas corpus.

3. No further extensions of time will be granted.

Dated: December 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE