# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1275-CBM | Date | March 21, 2012 |
|---|---|---|---|
| Title | *Daniel Duane Boggess v. Mike Evans* | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     IN CHAMBERS/OFF THE RECORD

The matter before this Court is Petitioner's Motion Requesting Review of July 28, 2011 Resentence ("Motion"). [Docket No. 35.]

The Court is unable to rule on the Motion without reviewing the transcript of the July 28, 2011 re-sentence proceeding. Respondent is hereby ORDERED to file a transcript of the July 28, 2011 re-sentence proceeding. Respondent is also hereby ORDERED to file a response to Petitioner's Motion. The response and the transcript must be filed by no later than April 20, 2012.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | JL |